**UNITED STATES DISTRICT COURT FOR**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NASIR A. SHAH et al.,** *Plaintiffs*, | ) | |
| v. | ) | Civil Action No. 1:23-cv-01102 |
| **DP CAPITAL LLC, et. al.** *Defendants.* | ) | |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.6(b), undersigned counsel for Plaintiffs NASIR A. SHAH and SHAH INVESTMENT GROUP LLC, Federico J. Zablah-Siman withdraws his appearance as counsel of record in this case. As the docket reflects, other counsel, J. Chapman Petersen, Esq., of Chap Petersen & Associates PLC, previously entered an appearance on behalf of Plaintiffs NASIR A. SHAH and SHAH INVESTMENT GROUP LLC, and remains counsel of record. No trial date has been set.

Dated: October 8, 2026

Respectfully Submitted,

*/s/ Federico J. Zablah-Siman*

Federico J. Zablah-Siman, Bar ID#VA166
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
(571) 459-2512 – Telephone
(571) 459-2307 – Facsimile
fjz@petersenfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2026, a copy of the foregoing was served via ECF on all counsel of record.

_____*/s/ Federico J. Zablah-Siman*______
Federico J. Zablah-Siman