**UNITED STATES DISTRICT COURT FOR**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NASIR A. SHAH,<br>*Plaintiff,*<br><br>*v.*<br><br>DISTRICT TITLE, A CORPORATION,<br>*Defendants.* | Case No.: 1:23-cv-1102 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that July Andrea Martinez Martinez, Esq., BAR ID # 90038540 of the law firm of Chap Petersen & Associates, PLC hereby appears in the above- captioned case as counsel of record for Plaintiff Nasir Shah.

Respectfully submitted,
NASIR SHAH,
By Counsel,

By: Andrea M ______________________

July Andrea Martinez Martinez, Esq., Bar ID# 90038540
CHAP PETERSEN & ASSOCIATES, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
(571) 459-2512 – Telephone
(571) 459-2307 – Facsimile
jam@petersenfirm.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this Monday, November 02, 2026, the foregoing document was filed electronically. Service of this filing will be made on all ECF- registered counsel by operation of the Court's electronic filing system.

July Andrea Martinez Martinez, Esq.